# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAIR EDUARDO GRAJEDA VELAZQUEZ,<br><br>                 Petitioner,<br><br>    v.<br><br>CAMMILLA WAMSLEY ET AL.,<br><br>                 Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:25-cv-02641-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition for writ of habeas corpus (Dkt. # 1) is granted. Dkt. # 10. This case is closed.

Dated January 12, 2026.

                                                           Joshua C. Lewis
                                                           Clerk of Court

                                                           */s/Ashleigh Drecktrah*
                                                           Deputy Clerk